# EXHIBIT A

## SUSAN TOEDT

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| UMG Recordings, Inc. | Counting Crows | Angels of the Silences | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Shania Twain | Honey I'm Home | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | I Don't Wanna Cry | Mariah Carey | 118-408 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |