Toedt,Susan-UserLog-73021023.txt
Log for User at address 24.250.61.92:6348 generated on 7/2/2005 6:35:54 PM EDT (-0400 GMT)
Total Files: 551
----------------------------
Total Audio Files: 449
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
----------------------------
Total Matched Files: 32
Total Distinct Matches: 22

FileName: (Britney Spears)-My Perogative.mp3 (4,154,995 bytes)
FileName: (Unverified) Aliayah - One in a Million.mp3 (3,782,583 bytes)
FileName: (Without A Paddle Soundtrack) - R. Kelly - Bump N' Grind.mp3 (4,100,369 bytes)
FileName: (Without A Paddle Soundtrack) - The Beach Boys - When I Grow Up (To Be A Man).mp3 (2,871,941 bytes)
FileName: 02 - VeggieTales - The Hairbrush Song - Silly Songs With Larry.mp3 (2,944,191 bytes)
FileName: 02 Opening Night.mp3 (1,658,883 bytes)
FileName: 02 Save The Last Dance For Me.mp3 (3,010,728 bytes)
FileName: 05 Breakfast At Tiffany'S.mp3 (5,203,696 bytes)
FileName: 1 Inspirations - The First Million Years.mp3 (2,027,597 bytes)
FileName: 112 - love you like I do.mp3 (4,141,267 bytes)
FileName: 112 - Sexy and you know it, Clap Your Hands.mp3 (5,566,257 bytes)
FileName: 112 - You Already Know.mp3 (7,933,116 bytes)
FileName: 112-Dance With Me.mp3 (3,684,728 bytes)
FileName: 12. Mariah Carey - Reflections (Glitter Soundtrack).mp3 (1,404,528 bytes)
FileName: 13 13 - Dramatic Theme.mp3 (2,703,509 bytes)
FileName: 13 Opening Night (Reprise).mp3 (879,864 bytes)
FileName: 13 Opening Night (Reprise).wma (904,976 bytes)
FileName: 17 - The Kings - Lola.mp3 (5,883,193 bytes)
FileName: 2_Oasis - Don't Go Away.mp3 (2,309,770 bytes)
FileName: 3 Doors Down - Let Me Go (New Single).mp3 (5,672,973 bytes)
FileName: 3LW - No More.mp3 (4,274,176 bytes)
FileName: 82 Dramatic Moment.mp3 (881,208 bytes)
FileName: 911-Tuesday, September 11th, 2001 - Faith Hill - The Star Spangled Banner (A World Trade Center Tribute).mp3 (3,672,735 bytes)
FileName: 98 Degrees - Heaven's Missing An Angel.mp3 (4,516,728 bytes)
FileName: 98 degrees - This I Promise You.mp3 (6,825,662 bytes)
FileName: AC DC - Its A Long Way To The Top (if you want to rock & roll).mp3 (6,337,065 bytes)
FileName: ACDC - Born To Be Wild.mp3 (3,363,317 bytes)
FileName: ACDC - Highway To Hell.mp3 (3,331,099 bytes)
FileName: ACDC - Paradise City.mp3 (5,094,532 bytes)
FileName: ACDC - You Shook Me All Night Long.mp3 (3,368,291 bytes)
FileName: Aerosmith - Don't Wanna Miss A Thing.mp3 (4,747,528 bytes)
FileName: Aerosmith - Jaded.mp3 (3,313,290 bytes)
FileName: Aerosmith - Leaving on a Jetplane.mp3 (4,483,200 bytes)
FileName: Aerosmith - Rag Doll.mp3 (4,233,218 bytes)
FileName: Aerosmith - Sweet Emotions.mp3 (4,940,198 bytes)
FileName: Aerosmith-Girls_Of_Summer.mp3 (3,120,411 bytes)
FileName: Aliah feat. Timberland - Try Again.mp3 (2,247,408 bytes)
FileName: Alien Ant Farm - Smooth Criminal.mp3 (3,551,527 bytes)
FileName: Amanda Perez - Angel (1).mp3 (3,526,321 bytes)
FileName: American Idol - Bo Bice - I'll Be.mp3 (1,734,656 bytes)
FileName: American Idol_Bo Bice_Whipping Post.mp3 (1,742,472 bytes)
FileName: Amerie - One Thing -.mp3 (2,493,170 bytes)
FileName: Amerie - One Thing.mp3 (5,324,426 bytes)
FileName: Amerie feat. Eve - One Thing (Remix).mp3 (5,074,442 bytes)
FileName: Areosmith - Walk This Way.mp3 (3,393,409 bytes)

FileName: Audio Slave - I Am the Highway.mp3 (8,042,549 bytes)
FileName: Avril Lavigne - Fall To Peices.mp3 (5,012,003 bytes)
FileName: B2K - Girlfriend.mp3 (6,571,154 bytes)
FileName: B2k ft.Fabolous - Badaboom(1).mp3 (5,320,893 bytes)
FileName: Baby Bash feat. Akon - I'm Back.mp3 (5,471,295 bytes)
FileName: Babyface - When Can I See You Again.mp3 (3,674,245 bytes)
FileName: backstreet boys - Shape Of My Heart.mp3 (3,581,040 bytes)
FileName: Backstreet Boys - Beautiful Woman.mp3 (5,000,219 bytes)
FileName: Backstreet Boys - Dont want you Back.mp3 (3,304,095 bytes)
FileName: Backstreet Boys - Everybody (Backstreets Back).mp3 (4,929,943 bytes)
FileName: Backstreet Boys - I Want It That Way.mp3 (4,262,780 bytes)
FileName: Backstreet Boys - Larger Than Life.mp3 (5,623,410 bytes)
FileName: BackStreet Boys are gay.mp3 (1,832,960 bytes)
FileName: Bare Naked Ladies - Breakfast At Tiffany's.mp3 (3,591,479 bytes)
FileName: Barry White - Can't Get Enough Of Your Love, Babe.mp3 (3,707,038 bytes)
FileName: Beanie man- King Of The Dance Floor.mp3 (4,508,365 bytes)
FileName: Beenie Man - King Of The Dance Floor.mp3 (3,448,960 bytes)
FileName: Bestie Boys - Brass Monkey.mp3 (2,561,234 bytes)
FileName: Billy Joe McGuffrey.mp3 (4,969,212 bytes)
FileName: Billy Joel - My Life.mp3 (3,639,716 bytes)
FileName: Billy Joel - Only The Good Die Young.mp3 (3,772,499 bytes)
FileName: Billy Joel - Piano Man.mp3 (5,372,447 bytes)
FileName: Bloodhound Gang - The Bad Touch.mp3 (4,190,208 bytes)
FileName: Blues Travelers - Run Around.mp3 (4,479,300 bytes)
FileName: Blues Travlers - Sister Hazel - all for you.MP3 (3,525,904 bytes)
FileName: BLUES TRAVLERS - HOOK.MP3 (4,063,451 bytes)
FileName: Bo Bice - Drift Away.mp3 (2,200,952 bytes)
FileName: Bo Bice - Heaven.mp3 (1,577,422 bytes)
FileName: Bo Bice - I Can't Get No Satisfaction.mp3 (1,773,400 bytes)
FileName: Bo Bice - In A Dream.mp3 (2,269,563 bytes)
FileName: Bo Bice - Remedy.mp3 (2,613,385 bytes)
FileName: Bo Bice - Stand By Me.mp3 (1,727,469 bytes)
FileName: Bo Bice_Corner Of The Sky.mp3 (1,579,008 bytes)
FileName: Bo Bice_Don't Let The Sun Go Down On Me.mp3 (2,004,992 bytes)
FileName: Bo Bice_Freebird.mp3 (1,761,280 bytes)
FileName: Bo Bice_I Don't Wanna Be.mp3 (2,004,992 bytes)
FileName: Bo Bice_Money Money Money.mp3 (1,822,720 bytes)
FileName: Bob Marley & Lauren Hill - Turn the lights down low.mp3 (5,818,119 bytes)
FileName: Bob Marley - Brown Eyed Girl.mp3 (2,934,784 bytes)
FileName: Bob Segar - Old Time Rock and Roll.mp3 (3,145,856 bytes)
FileName: Bob Segar - Rambling Gambling Man.mp3 (3,066,172 bytes)
FileName: Boys II men & mariah carey - one sweet day.mp3 (4,523,700 bytes)
FileName: Breaking Benjamins - Sooner Or Later.mp3 (6,365,349 bytes)
FileName: Brian Mcknight - Anytime.mp3 (4,360,280 bytes)
FileName: Brian Mcknight - Remember The Magic.mp3 (3,532,800 bytes)
FileName: Britney Spears - Outrageous.mp3 (4,914,752 bytes)
FileName: Brittney Spears - Sometimes.mp3 (4,898,054 bytes)
FileName: Brittney Spears Toxic.mp3 (4,916,800 bytes)
FileName: Brooke Valentine (Feat. Big Boi, Lil Jon) - Girl Fight.mp3 (6,049,089 bytes)
FileName: BTO - Taking Care Of Business.mp3 (4,710,400 bytes)
FileName: Bubba Sparxxx - Deliverance (Without a Paddle Soundtrack).mp3 (7,758,635 bytes)
FileName: Cameron - Hey Ma.mp3 (5,304,798 bytes)
FileName: Cant Stop The Beat - Junior Senior.mp3 (3,639,231 bytes)
FileName: Celebrity Tribute - What's Going On {NSYNC, Britney, Destiny's Child, Christina, Alicia Keys, BSB, Ja Rule, Nelly, Gwen Stefani, Fred Durst, Puff Daddy, REM, Nelly Furtado, U2,.mp3 (4,179,425 bytes)
FileName: Celion Dion-My Heart Will Go On (Titanic).mp3 (4,436,430 bytes)
FileName: Christina Aguleria - Come On Over.mp3 (3,041,199 bytes)
FileName: Christina Milian- Dip It Low.mp3 (3,727,446 bytes)
FileName: Ciara ft. Ludacris - Oh.mp3 (6,616,483 bytes)
FileName: City High - What Would You Do.mp3 (3,512,320 bytes)

FileName: Collective Soul - Better Now.mp3 (4,671,589 bytes)
FileName: comet.wav (709,468 bytes)
FileName: Daddy Yankee - Gasolina.mp3 (3,067,982 bytes)
FileName: Daddy Yankee - La Gasolina (Remix).mp3 (3,405,922 bytes)
FileName: Daddy Yankee-gasolina.mp3 (3,067,964 bytes)
FileName: Dance - Booty Bounce (Club Mix.mp3 (2,437,120 bytes)
FileName: Deep Purple - Smoke On The Water .mp3 (5,428,922 bytes)
FileName: Destiny's Child - Lose My Breath.mp3 (5,632,722 bytes)
FileName: Destinys Child - Cater To You 1.mp3 (3,955,564 bytes)
FileName: Destinys Child - Girl.mp3 (3,590,355 bytes)
FileName: DHT - Listen To Your Heart.mp3 (3,364,537 bytes)
FileName: Disney classics_The tikki tiki tiki room.mp3 (2,466,377 bytes)
FileName: Dj Casper - Cha Cha Slide pt1.mp3 (6,064,128 bytes)
FileName: Don't Mess With My Heart.mp3 (5,799,941 bytes)
FileName: Drumline - Street beats.mp3 (1,916,928 bytes)
FileName: Drumline Soundtrack - 01 - The A&T Drumline (The Senate)-dk - cadence - apc.mp3 (676,018 bytes)
FileName: Drumline Soundtrack - JC Chasez - Blowin' Me Up (With Her Love).mp3 (6,967,924 bytes)
FileName: Drumline Soundtrack - Let's Go.mp3 (6,048,319 bytes)
FileName: Drumline Soundtrack - Snare Shopping Spree.mp3 (720,143 bytes)
FileName: Drumline Soundtrack- Final Battle.mp3 (3,913,438 bytes)
FileName: Drumline Soundtrack-All Drums.mp3 (848,136 bytes)
FileName: Edwin Mcain - I'll Be.mp3 (3,895,196 bytes)
FileName: Elton John - Don't Let the Sun Go Down On Me.mp3 (5,404,672 bytes)
FileName: Eminem - The Real Slim Shady.mp3 (6,886,588 bytes)
FileName: Eminem -- His Answering Machine (funny!).mp3 (309,394 bytes)
FileName: Evan and Jaron - What She Likes.mp3 (4,616,320 bytes)
FileName: Eve6- heres to the night.mp3 (2,998,462 bytes)
FileName: Fabulous Feat Tamia - I'm So into You.mp3 (6,598,197 bytes)
FileName: Fat Joe ft Nelly - Get it poppin (Clean).mp3 (4,852,003 bytes)
FileName: Fat_Joe_ft_Nelly_-_Get_It_Poppin.mp3 (3,412,045 bytes)
FileName: Five for Fighting - 100 Years.mp3 (6,027,888 bytes)
FileName: Fuel - Shimmer.mp3 (3,422,066 bytes)
FileName: garth brooks - Butterfly Kisses.mp3 (6,817,959 bytes)
FileName: Gavin DeGraw - Chariot.mp3 (3,901,787 bytes)
FileName: Gavin McGraw - Chariot.mp3 (3,901,962 bytes)
FileName: Goo Goo Dolls - Black Balloon.mp3 (3,988,754 bytes)
FileName: Goo Goo Dolls - Dizzy.mp3 (2,570,479 bytes)
FileName: Goo Goo Dolls - Here Is Gone.mp3 (3,831,808 bytes)
FileName: Goo Goo Dolls - Iris.mp3 (4,667,951 bytes)
FileName: Goo Goo Dolls - Name.mp3 (4,306,450 bytes)
FileName: Goo Goo Dolls Slide.mp3 (3,395,307 bytes)
FileName: Good Charlotte - East Coast Anthem.mp3 (2,404,736 bytes)
FileName: Good Charlotte - Hold On.mp3 (5,932,850 bytes)
FileName: Good Charlotte - I Just Wanna Live.mp3 (4,968,680 bytes)
FileName: Good Charlotte - Lifestyles Of The Rich And Famous(1).mp3 (3,057,040 bytes)
FileName: Good Charlotte - Predictible.mp3 (8,405,120 bytes)
FileName: Greenday - Time of Your Life.mp3 (2,467,479 bytes)
FileName: Greenday - When I Come Around.mp3 (3,598,336 bytes)
FileName: Guns N' Roses - Sweet Child Of Mine.mp3 (5,644,416 bytes)
FileName: Gwen Stefani - Holler Back Girl.mp3 (4,803,440 bytes)
FileName: gwen stefani-i aint no holla back girl.mp3 (4,001,982 bytes)
FileName: Hootie and the Blow Fish - Hold My Hand.mp3 (4,093,202 bytes)
FileName: Hootie And The Blow Fish - I Only Want To Be With You.mp3 (3,595,089 bytes)
FileName: Hootie And The Blow Fish- Time.MP3 (4,699,243 bytes)
FileName: House Of Pain - Jump Around.mp3 (3,357,014 bytes)
FileName: Howie Day - Collide.mp3 (3,986,495 bytes)
FileName: J Lo Ft. Fat Joe - Hold You Down.mp3 (4,624,384 bytes)
FileName: Jack Johnson - Crying Shame.mp3 (2,979,968 bytes)
FileName: Jack Johnson- She's Only Happy In The Sun.mp3 (5,390,025 bytes)

FileName: Jack Jonson-Flake.mp3 (3,373,056 bytes)
FileName: Jackson, Micheal - Billy Jean.mp3 (4,682,162 bytes)
FileName: Jagged Edge ft Nelly - Where the party at.mp3 (1,875,427 bytes)
FileName: Janet Jackson & Missy Elliott - Your'e So Vain.mp3 (5,703,680 bytes)
FileName: Janet Jackson - All For You.mp3 (4,216,960 bytes)
FileName: Janet Jackson - All Night (Don't Stop).mp3 (6,049,045 bytes)
FileName: Janet Jackson - Nasty Boys.mp3 (3,897,469 bytes)
FileName: JC Chazes - Blowing Me Up.mp3 (1,679,640 bytes)
FileName: Jennifer Lopez - Get Right (ft. Usher).mp3 (1,992,832 bytes)
FileName: Jennifer Lopez - Hold You Down (feat. Fat Joe).mp3 (6,121,649 bytes)
FileName: Jennifer Lopez - Hold You Down (Reggaeton Remix) 1.mp3 (3,936,758 bytes)
FileName: Jennifer Lopez Featuring LL Cool J - All I Have.mp3 (6,109,018 bytes)
FileName: Jet - Look What You've done.mp3 (5,534,742 bytes)
FileName: Jewel - Absence Of Fear.mp3 (3,565,737 bytes)
FileName: Jewel - Standing Still.mp3 (4,325,984 bytes)
FileName: Jewel - Time After Time.mp3 (3,270,792 bytes)
FileName: Jewel - Who Will Save Your Soul.mp3 (3,786,163 bytes)
FileName: Jewl - You Were Meant For Me.mp3 (3,143,808 bytes)
FileName: JLo - Hold You Down feat. Fat Joe.mp3 (6,483,840 bytes)
FileName: JLo ft. Fat Joe - Hold You Down Remix.mp3 (9,327,561 bytes)
FileName: Joe - I Wanna Know.mp3 (4,780,327 bytes)
FileName: Joe Cocker - Feeling All Right.MP3 (4,032,936 bytes)
FileName: Joe Cocker - Hot Town Summer in the City.mp3 (3,121,235 bytes)
FileName: Joe Cocker - You Are So Beautiful.mp3 (2,639,412 bytes)
FileName: John Cougar Mellencamp - Hurts So Good.mp3 (3,547,136 bytes)
FileName: John Cougar Mellencamp - Jack and Diane.mp3 (4,321,502 bytes)
FileName: John Cougar Mellencamp - Paper In Fire.mp3 (1,261,568 bytes)
FileName: John Cougar Mellencamp - Small Town.mp3 (3,563,230 bytes)
FileName: John Legend - Ordinary People.mp3 (6,766,384 bytes)
FileName: John Mayer - Daughters.mp3 (5,745,996 bytes)
FileName: John Mayer - Your Body Is a Wonderland.mp3 (6,043,927 bytes)
FileName: Justin Timberlake - Good Foot (Featuring Timbaland).mp3 (1,064,124 bytes)
FileName: Justin Timberlake Feat. Timbaland - Good Foot.mp3 (4,737,079 bytes)
FileName: Kelly Clarkson - Low.mp3 (3,350,405 bytes)
FileName: Kelly Clarkson -The Trouble With Love Is (Love Actually Soundtrack).mp3 (5,318,624 bytes)
FileName: Kevin Little - Turn Me On.mp3 (2,910,208 bytes)
FileName: Kiss - I Wanna Rock and Roll All Night.mp3 (3,934,377 bytes)
FileName: Lauren Hill - Killing me Softly.mp3 (4,809,275 bytes)
FileName: Leanne Womack - Hope you Dance.mp3 (4,741,456 bytes)
FileName: Leanne Womack - I Hope you Dance.mp3 (4,741,456 bytes)
FileName: Led Zepplin - Street Corner Girl.mp3 (3,801,088 bytes)
FileName: LeeAnn Womack - I Hope You Dance.mp3 (3,555,996 bytes)
FileName: LFO - Summer Girls.mp3 (4,145,021 bytes)
FileName: Lifehouse - You And Me.mp3 (4,537,862 bytes)
FileName: Lil Romeo - My Cinderella.mp3 (3,522,624 bytes)
FileName: Lit - My Own Worst Enemy.mp3 (2,713,101 bytes)
FileName: LL Cool J - Headsprung.mp3 (5,514,445 bytes)
FileName: LL Cool J - Hush.mp3 (5,261,440 bytes)
FileName: LL Cool J - Luv U Better.mp3 (3,822,090 bytes)
FileName: LL Cool J f. Amerie - Paradise.mp3 (6,602,420 bytes)
FileName: Ludacris ft. Bobby Valentino- Pimpin' All Over The World.mp3 (8,733,771 bytes)
FileName: Lynard Skynard- Travlin Man.mp3 (4,136,080 bytes)
FileName: Lynyrd Skynyrd - Tuesday's Gone.mp3 (7,246,927 bytes)
FileName: Mariah Carey & Celine Dion - I Still Believe.mp3 (3,309,711 bytes)
FileName: Mariah Carey - Always Be My Baby.mp3 (4,126,382 bytes)
FileName: Mariah Carey - Can't Live if Living is Without You.mp3 (3,416,064 bytes)
FileName: Mariah Carey - Fantasy.mp3 (3,886,822 bytes)
FileName: Mariah Carey - Hero.mp3 (4,144,945 bytes)
FileName: Mariah Carey - I don't wanna cry.MP3 (5,396,040 bytes)
FileName: Mariah Carey - Love Takes Time.mp3 (3,671,192 bytes)
FileName: Mariah Carey - My All.mp3 (3,721,216 bytes)

FileName: Mariah Carey - Open Arms.mp3 (3,368,960 bytes)
FileName: Mariah Carey - Someday.mp3 (3,966,270 bytes)
FileName: Mariah Carey - Vision of Love.mp3 (3,332,340 bytes)
FileName: Mariah Carey f. Whitney Houston - When You Believe.mp3 (4,407,367 bytes)
FileName: Mariah Carey feat. Usher - How Much I Love You.mp3 (5,064,704 bytes)
FileName: Mariah Carey- Always Be My Baby.mp3 (4,126,638 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,018,366 bytes)
FileName: Mariah Carey-I Can't Live Without You.mp3 (3,450,219 bytes)
FileName: Mariah Carrey- Through the rain.mp3 (4,581,753 bytes)
FileName: Mariah Carry - Heartbreaker.mp3 (4,066,864 bytes)
FileName: Mario - How Could You.MP3 (5,666,029 bytes)
FileName: Mario feat. T.i & Jadakiss-You should let me love you (remix).mp3 (4,300,844 bytes)
FileName: Marques Houston - All because of you.mp3 (8,563,983 bytes)
FileName: Martina McBride - I Hope You Dance.mp3 (4,000,330 bytes)
FileName: Mashonda - Back of the club.mp3 (3,899,536 bytes)
FileName: Matchbox 20 - Breakfast at Tiffanys.mp3 (3,590,583 bytes)
FileName: metallica - enter sandman.mp3 (5,305,283 bytes)
FileName: Michael Jackson - Beat It.mp3 (4,144,901 bytes)
FileName: Michael Jackson - Smooth Criminal.mp3 (4,118,535 bytes)
FileName: Michael Jackson - Thriller.mp3 (5,722,825 bytes)
FileName: Michale Jackson - Thriller.mp3 (5,722,825 bytes)
FileName: Micheal Jackson - P.Y.T. (Pretty Young Thing).mp3 (1,602,745 bytes)
FileName: Micheal Jackson - Rock With You.mp3 (3,530,752 bytes)
FileName: Micheal Jackson - You Rock My World.mp3 (4,886,068 bytes)
FileName: Missy Eliot- Pass the dutch.mp3 (5,348,867 bytes)
FileName: Missy elliott - work it.mp3 (6,323,432 bytes)
FileName: Missy Elliott ft. Ciara & Fatman Scoop - Lose Control.mp3 (5,510,953 bytes)
FileName: Modest Mouse - Float On.mp3 (6,044,438 bytes)
FileName: Monica - For You I Will.mp3 (4,741,169 bytes)
FileName: Monica- i will cross the ocean for you.mp3 (4,804,824 bytes)
FileName: Motley Crue - If I Die Tomorrow.mp3 (4,083,849 bytes)
FileName: Motley Crue- Sick Love Song.mp3 (4,183,099 bytes)
FileName: N'Sync - I Want You Back.mp3 (3,247,685 bytes)
FileName: N'Sync - Your Love Is Like A River.mp3 (4,504,851 bytes)
FileName: nas- I know I can.mp3 (4,074,624 bytes)
FileName: Natalie - Going crazy.mp3 (3,505,390 bytes)
FileName: Natalie Cole - This Will Be (An Everlasting Love).mp3 (3,438,237 bytes)
FileName: Neil Young - Helpless.MP3 (5,601,838 bytes)
FileName: Neil Young - Horse With No Name.mp3 (3,985,408 bytes)
FileName: Nelly - Errtime.mp3 (10,009,032 bytes)
FileName: nelly - Hot In Here.mp3 (5,715,174 bytes)
FileName: Nickel Back - Someday.mp3 (5,376,128 bytes)
FileName: Nickelback - Are We Having Fun Yet.mp3 (3,655,855 bytes)
FileName: Nivea ft. YoungBloodz & Lil Jon - Okay .mp3 (4,476,982 bytes)
FileName: Notorious BIG & Puff Daddy - Mo Money More Problems.mp3 (4,119,626 bytes)
FileName: NSync - Bye Bye Bye.mp3 (3,215,905 bytes)
FileName: Nsync - I Drive Myself Crazy.mp3 (5,755,268 bytes)
FileName: NSYNC- Dirty Pop.mp3 (4,275,850 bytes)
FileName: Oasis - Bittersweet Symphony (Cruel Intentions).mp3 (3,732,814 bytes)
FileName: Oasis - Champagne Supernova.mp3 (7,163,462 bytes)
FileName: Oasis - Do You Know What I Mean.mp3 (7,050,262 bytes)
FileName: Oasis - Little By Little.mp3 (4,632,976 bytes)
FileName: oasis - stand by me.mp3 (5,711,038 bytes)
FileName: oasis - supersonic.mp3 (4,543,354 bytes)
FileName: Oasis - Wonderwall.mp3 (4,140,013 bytes)
FileName: Omarion - Touch .mp3 (4,904,960 bytes)
FileName: Papa Roach - Scars.mp3 (5,503,325 bytes)
FileName: Paul Oakenfold - Stary Eyed Surprise.mp3 (5,397,443 bytes)
FileName: Popa Roach - Getting away with murder .mp3 (5,459,842 bytes)
FileName: Pretty RicKy - grind with me.mp3 (3,937,142 bytes)
FileName: Pussycat Dolls - Don't Cha.MP3 (5,846,959 bytes)

FileName: Queen - We Are The Champions.mp3 (2,893,949 bytes)
FileName: Rihanna - Pon De Replay .mp3 (6,181,248 bytes)
FileName: Robert Plant - Shine It All Around.mp3 (3,698,776 bytes)
FileName: Roxette - Listen To Your Heart.mp3 (5,243,715 bytes)
FileName: Rupee - Tempted to touch.mp3 (3,462,084 bytes)
FileName: Sammy Davis Jr - If They Could See Me Now.mp3 (2,545,330 bytes)
FileName: Sean Paul - Get Busy.mp3 (5,156,072 bytes)
FileName: Shaggy - Angel.mp3 (3,771,354 bytes)
FileName: Shaggy - Freaky Girl.mp3 (3,596,666 bytes)
FileName: shaggy - i like to move it move it.mp3 (3,121,280 bytes)
FileName: shaggy - mr bombastic.mp3 (3,942,479 bytes)
FileName: Shaggy - Oh Carolina.mp3 (3,092,480 bytes)
FileName: Shania Twain - Honey, I'm Home.mp3 (3,405,740 bytes)
FileName: Sheryl Crow - Sweet Child Of Mine.mp3 (5,705,728 bytes)
FileName: Simply Red - If You Don't Know Me By Now.mp3 (3,293,363 bytes)
FileName: Sir Mix Alot - Jump On It.mp3 (4,820,180 bytes)
FileName: Smash Mouth - I Get Knocked Down.mp3 (3,397,974 bytes)
FileName: Smashmouth - Allstar.mp3 (3,241,401 bytes)
FileName: Snoop Dog and Lil Kim - Do you wanna roll.mp3 (4,374,779 bytes)
FileName: Someday.mp3 (2,961,787 bytes)
FileName: Stary Eyed Suprise.mp3 (3,600,251 bytes)
FileName: Tearin Up My Heart.mp3 (3,323,416 bytes)
FileName: The Killers - Mr Brightside (Album Version).mp3 (5,414,485 bytes)
FileName: The Killers - Mr. Brightside.mp3 (4,152,914 bytes)
FileName: the killers mr brightside (acoustic).mp3 (3,832,485 bytes)
FileName: The Marshall Tucker Band - Can't You See (Blow Soundtrack).mp3 (5,847,052 bytes)
FileName: The Producers - Opening Night.mp3 (1,658,880 bytes)
FileName: The Selfish Song.mp3 (1,196,843 bytes)
FileName: Tierra Marie - How To Make A Girl Feel.mp3 (5,097,475 bytes)
FileName: Tim McGraw - Live Like You Were Dying.mp3 (7,852,263 bytes)
FileName: TLC - No Scrubs.mp3 (3,431,025 bytes)
FileName: TLC - Unpretty.mp3 (4,449,559 bytes)
FileName: Tony Rich Project - Nobody Knows.mp3 (4,912,078 bytes)
FileName: Tori Alamaze - Don't Ya Wish Your Girlfriend.mp3 (7,613,744 bytes)
FileName: U2 - Sometimes You Cant Make It On Your Own.mp3 (7,325,696 bytes)
FileName: US 5 - Maria.mp3 (6,914,112 bytes)
FileName: Usher - RedLight.mp3 (6,602,804 bytes)
FileName: Usher - You Remind Me (Remix).mp3 (3,245,121 bytes)
FileName: Van Morrison - Brown Eyed Girl.mp3 (2,934,073 bytes)
FileName: Veggie Tales - Hairbrush Song.mp3 (2,912,226 bytes)
FileName: Veggie Tales - Jonah Was A Prophet.mp3 (2,664,448 bytes)
FileName: Veggie Tales - The Pirates Who Don't Do Anything.mp3 (3,117,130 bytes)
FileName: Veggie Tales - VeggieTales Theme Song.mp3 (1,404,598 bytes)
FileName: Veggietales - Barbra Manatee.mp3 (3,210,635 bytes)
FileName: VEGGIETALES - Stuffmart Rap.mp3 (999,645 bytes)
FileName: Velvet Revolver - Dirty Little Thing.mp3 (7,294,972 bytes)
FileName: Verve Pipe - The Freshman.mp3 (4,300,348 bytes)
FileName: Vitamin C - Graduation Song.mp3 (4,078,864 bytes)
FileName: Weezer - Beverley Hills.mp3 (3,053,318 bytes)
FileName: Weezer - Beverly Hills .mp3 (4,833,380 bytes)
FileName: Weezer - Beverly Hills.mp3 (6,152,292 bytes)
FileName: Weezer - Falling For You.MP3 (3,635,200 bytes)
FileName: Weird Al Yankovic - I Like Flat Butts (Sir-Mix-A-Lot Parody).mp3 (2,416,640 bytes)
FileName: Will Smith - Switch.mp3 (3,098,260 bytes)
FileName: Yolonda Adams - In The Midst Of It All.mp3 (6,683,423 bytes)
FileName: 17 - The Kings - Lola.mp3 (5,883,577 bytes)
FileName: AC DC - Its A Long Way To The Top (if you want to rock & roll).mp3 (6,337,168 bytes)
FileName: AlbumArtSmall.jpg (2,326 bytes)
FileName: AlbumArt_{4E1BBEE1-BC61-4F5C-BB69-3A2F581A3312}_Large.jpg (9,755 bytes)
FileName: AlbumArt_{4E1BBEE1-BC61-4F5C-BB69-3A2F581A3312}_Small.jpg (2,515 bytes)

FileName: AlbumArt_{8B6CA024-0428-4EDA-9F95-E77B10262A03}_Large.jpg (9,096 bytes)
FileName: AlbumArt_{8B6CA024-0428-4EDA-9F95-E77B10262A03}_Small.jpg (2,230 bytes)
FileName: AlbumArt_{94845A15-410F-4932-A1ED-858F249A52C0}_Large.jpg (10,061 bytes)
FileName: AlbumArt_{94845A15-410F-4932-A1ED-858F249A52C0}_Small.jpg (2,244 bytes)
FileName: AlbumArt_{D3E796CA-B631-411F-84B1-3FE56D1CF954}_Large.jpg (10,897 bytes)
FileName: Bob Segar - Rambling Gambling Man.mp3 (3,066,556 bytes)
FileName: BTO - Taking Care Of Business.mp3 (4,710,400 bytes)
FileName: Edwin Mcain - I'll Be.mp3 (3,895,452 bytes)
FileName: Fuel - Shimmer.mp3 (3,422,066 bytes)
FileName: Goo Goo Dolls - Iris.mp3 (4,668,207 bytes)
FileName: Goo Goo Dolls - Name.mp3 (4,306,706 bytes)
FileName: Goo Goo Dolls Slide.mp3 (3,395,563 bytes)
FileName: Joe Cocker - Feeling All Right.MP3 (4,033,280 bytes)
FileName: John Legend - Ordinary People.mp3 (6,766,384 bytes)
FileName: Lynyrd Skynyrd - Tuesday's Gone.mp3 (7,246,927 bytes)
FileName: Natalie Cole - This Will Be (An Everlasting Love).mp3 (3,438,621 bytes)
FileName: Oasis - Wonderwall.mp3 (4,140,269 bytes)
FileName: The Marshall Tucker Band - Can't You See (Blow Soundtrack).mp3 (5,847,436 bytes)
FileName: Van Morrison - Brown Eyed Girl.mp3 (2,934,457 bytes)
FileName: Weezer - Beverley Hills.mp3 (3,053,574 bytes)
FileName: AlbumArt_{203FEB22-9BD3-4198-8B8F-35C78188406D}_Large.jpg (8,108 bytes)
FileName: AlbumArt_{203FEB22-9BD3-4198-8B8F-35C78188406D}_Small.jpg (2,224 bytes)
FileName: AlbumArt_{9E73DAA6-D36D-4C71-A0E9-9C9282AF13D2}_Large.jpg (12,031 bytes)
FileName: AlbumArt_{9E73DAA6-D36D-4C71-A0E9-9C9282AF13D2}_Small.jpg (3,030 bytes)
FileName: Howie Day - Collide.mp3 (3,986,623 bytes)
FileName: Stary Eyed Suprise.mp3 (3,601,019 bytes)
FileName: AlbumArtSmall.jpg (2,623 bytes)
FileName: AlbumArt_{165C3DC9-05FC-4E40-95C7-EA71C7C265FF}_Large.jpg (9,827 bytes)
FileName: AlbumArt_{20D7749D-07AE-46C7-ADE9-1BA4D7C81280}_Large.jpg (8,866 bytes)
FileName: AlbumArt_{20D7749D-07AE-46C7-ADE9-1BA4D7C81280}_Small.jpg (2,544 bytes)
FileName: AlbumArt_{331D7F69-D66F-4CFF-8C45-781A2E85A9F5}_Large.jpg (12,137 bytes)
FileName: AlbumArt_{331D7F69-D66F-4CFF-8C45-781A2E85A9F5}_Small.jpg (3,024 bytes)
FileName: AlbumArt_{5A26AC21-F47D-4C9B-9E03-A56F5E3990F4}_Large.jpg (9,325 bytes)
FileName: AlbumArt_{5A26AC21-F47D-4C9B-9E03-A56F5E3990F4}_Small.jpg (2,624 bytes)
FileName: AlbumArt_{DE36FA42-A68C-4CA2-AE5B-4C11D5042FDF}_Large.jpg (11,278 bytes)
FileName: AlbumArt_{DE36FA42-A68C-4CA2-AE5B-4C11D5042FDF}_Small.jpg (2,323 bytes)
FileName: Copy of Will Smith-Switch.mp3 (3,094,420 bytes)
FileName: Napolean Dynomite - Ending Dance.mp3 (5,290,196 bytes)
FileName: Napolean Dynomite - Kip - PeaceOut.mp3 (10,240 bytes)
FileName: Napolean Dynomite - The White Stripes - We're Going to be Friends.mp3 (2,814,082 bytes)
FileName: napolean dynomite Bus Rider.mp3 (1,885,082 bytes)
FileName: Napolean Dynomite- My Lips Hurt Real Bad.mp3 (15,758 bytes)
FileName: Nicole Richie - Thats Hot.wav (96,916 bytes)
FileName: Sir Mix Alot - Baby Got Back (I Like Big Butts).mp3 (4,206,401 bytes)
FileName: T.I - Bring Em Out (Clean).mp3 (5,274,334 bytes)
FileName: Terror Squad- Lean Back (Clean).mp3 (6,310,652 bytes)
FileName: Bob Marley - Hotel California (Reggae Remix).mp3 (2,610,032 bytes)
FileName: Bob Marley - I Can See Clearly Now.mp3 (3,147,488 bytes)
FileName: Bob Marley - I Shot the Sheriff.mp3 (3,646,241 bytes)
FileName: Bob Marley - Jamaica Rum.mp3 (3,549,558 bytes)
FileName: Bob Marley - Jammin'.mp3 (3,165,137 bytes)
FileName: Bob Marley - No Woman No Cry.mp3 (6,840,158 bytes)
FileName: Bob Marley - One Love.mp3 (2,689,627 bytes)
FileName: Bob marley - Pass The Dutchie.mp3 (3,280,281 bytes)
FileName: Bob Marley - Red Red Wine.mp3 (5,131,217 bytes)
FileName: Bob Marley - Redemption Song (1).mp3 (3,670,031 bytes)
FileName: Bob Marley - Turn Your Lights Down Low.mp3 (3,462,791 bytes)
FileName: BOB MARLEY gonna get you - VERY RARE.mp3 (3,059,787 bytes)
FileName: Bob Marley- Could this be love.mp3 (3,416,574 bytes)
FileName: 3 Doors Down - Let Me Go (New Single).mp3 (5,672,973 bytes)
FileName: 3LW - No More.mp3 (4,274,176 bytes)

FileName: AlbumArt_{0C5DEF1A-E9FC-4843-8009-C9162CA4E0ED}_Large.jpg (12,777 bytes)
FileName: AlbumArt_{0C5DEF1A-E9FC-4843-8009-C9162CA4E0ED}_Small.jpg (2,915 bytes)
FileName: AlbumArt_{0EA372CD-F5D1-414B-893A-4B252C538368}_Large.jpg (15,783 bytes)
FileName: AlbumArt_{0EA372CD-F5D1-414B-893A-4B252C538368}_Small.jpg (3,078 bytes)
FileName: AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_Large.jpg (8,684 bytes)
FileName: AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_Small.jpg (2,112 bytes)
FileName: AlbumArt_{4EC11037-1E05-4FF4-B47E-114845BA0B68}_Large.jpg (10,179 bytes)
FileName: AlbumArt_{4EC11037-1E05-4FF4-B47E-114845BA0B68}_Small.jpg (2,516 bytes)
FileName: AlbumArt_{796B2FF7-5CB2-4D21-9210-2307AD6B43C9}_Large.jpg (12,572 bytes)
FileName: AlbumArt_{796B2FF7-5CB2-4D21-9210-2307AD6B43C9}_Small.jpg (3,001 bytes)
FileName: AlbumArt_{9A905385-3229-408A-981B-AE5B42E378FD}_Large.jpg (13,605 bytes)
FileName: AlbumArt_{9A905385-3229-408A-981B-AE5B42E378FD}_Small.jpg (2,877 bytes)
FileName: AlbumArt_{C9FDC381-8E5A-40D4-8408-823A56BEBA0B}_Large.jpg (7,981 bytes)
FileName: AlbumArt_{C9FDC381-8E5A-40D4-8408-823A56BEBA0B}_Small.jpg (2,251 bytes)
FileName: AlbumArt_{D2395954-D9A7-4D0F-9645-2B4F0ED69AE2}_Large.jpg (11,449 bytes)
FileName: AlbumArt_{D2395954-D9A7-4D0F-9645-2B4F0ED69AE2}_Small.jpg (2,901 bytes)
FileName: AlbumArt_{EA1D0A52-A771-4F4F-A793-8FD9012B4A90}_Large.jpg (12,263 bytes)
FileName: AlbumArt_{EA1D0A52-A771-4F4F-A793-8FD9012B4A90}_Small.jpg (2,648 bytes)
FileName: AlbumArt_{FFD1AEF6-8FD6-4752-9BCC-69E152DD8A68}_Large.jpg (5,939 bytes)
FileName: AlbumArt_{FFD1AEF6-8FD6-4752-9BCC-69E152DD8A68}_Small.jpg (1,927 bytes)
FileName: Bare Naked Ladies - Breakfast At Tiffany's.mp3 (3,591,479 bytes)
FileName: Blues Travelers - Run Around.mp3 (4,479,523 bytes)
FileName: Brooke Valentine (Feat. Big Boi, Lil Jon) - Girl Fight.mp3 (6,049,601 bytes)
FileName: Ciara ft. Ludacris - Oh.mp3 (6,616,739 bytes)
FileName: Destinys Child - Girl.mp3 (3,590,355 bytes)
FileName: Fabulous Feat Tamia - I'm So into You.mp3 (6,598,197 bytes)
FileName: Greenday - Time of Your Life.mp3 (2,467,735 bytes)
FileName: Greenday - When I Come Around.mp3 (3,598,336 bytes)
FileName: Lean Back (Clean Version).mp3 (5,955,584 bytes)
FileName: Mariah Carey - Always Be My Baby.mp3 (4,126,638 bytes)
FileName: Mariah Carey - Fantasy.mp3 (3,887,078 bytes)
FileName: Mariah Carey - Hero.mp3 (4,145,201 bytes)
FileName: Napoleon Dynamite - 12 - Cagefighter - Dialogue.mp3 (319,616 bytes)
FileName: Natalie - Going crazy.mp3 (3,505,390 bytes)
FileName: Nivea ft. YoungBloodz & Lil Jon - Okay .mp3 (4,476,982 bytes)
FileName: Oasis - Champagne Supernova.mp3 (7,163,462 bytes)
FileName: Saria - Ladies.mp3 (3,345,724 bytes)
FileName: Someday.mp3 (2,962,555 bytes)
FileName: Will Smith-Switch.mp3 (3,094,932 bytes)
FileName: 01 Lean Back Remix (Edited).mp3 (4,583,411 bytes)
FileName: 01-usher_ft_fabolous-caught_up_(remix)-mob.mp3 (6,590,815 bytes)
FileName: Al Green - Lean On Me (Original Version).mp3 (4,155,392 bytes)
FileName: AlbumArt_{132D51D9-5B25-450C-86D8-34268B44D9E4}_Large.jpg (11,573 bytes)
FileName: AlbumArt_{132D51D9-5B25-450C-86D8-34268B44D9E4}_Small.jpg (2,571 bytes)
FileName: AlbumArt_{1497C27F-D690-4C73-9C2A-EB427B73754A}_Large.jpg (9,599 bytes)
FileName: AlbumArt_{1497C27F-D690-4C73-9C2A-EB427B73754A}_Small.jpg (2,437 bytes)
FileName: AlbumArt_{6944FEEF-4DBC-4D67-AA8C-0C640DAF8F4C}_Large.jpg (10,915 bytes)
FileName: AlbumArt_{6944FEEF-4DBC-4D67-AA8C-0C640DAF8F4C}_Small.jpg (2,414 bytes)
FileName: AlbumArt_{6F28020D-6434-4A13-ACBB-1CF0BE944AC7}_Large.jpg (7,485 bytes)
FileName: AlbumArt_{6F28020D-6434-4A13-ACBB-1CF0BE944AC7}_Small.jpg (1,910 bytes)
FileName: AlbumArt_{73113CBE-7A4E-4D3A-8E3A-D586DE15E908}_Large.jpg (11,585 bytes)
FileName: AlbumArt_{73113CBE-7A4E-4D3A-8E3A-D586DE15E908}_Small.jpg (2,844 bytes)
FileName: Britney Spears - Do Something.mp3 (4,001,521 bytes)
FileName: Cheech and Chong - Mexican Americans.mp3 (1,779,712 bytes)
FileName: Christina Aguliera feat. Missy Elliot - Car Wash.mp3 (6,242,728 bytes)
FileName: Clipse ft Neptunes - Grinding.mp3 (4,242,703 bytes)
FileName: DMX - Party Up (Up In Here) (clean edit).mp3 (3,397,851 bytes)
FileName: Fat Joe -Lean back edited.mp3 (6,011,083 bytes)
FileName: Franky J & Baby Bash - Obsession.mp3 (3,757,513 bytes)
FileName: HEY MS. HILTON--paris hilton.mp3 (2,330,499 bytes)
FileName: Howie Day - Collide.mp3 (3,988,671 bytes)
FileName: Jennifer Lopez - Get Right.mp3 (5,283,968 bytes)

FileName: jennifer_lopez_feat._fabolous_-_get_right.mp3 (7,430,714 bytes)
FileName: Jimmy Buffet - Cheeseburger in Paradise.mp3 (2,736,512 bytes)
FileName: kelis-milkshake.mp3 (2,992,971 bytes)
FileName: Kelly Rowland and Nelly - Dilemma.mp3 (4,630,802 bytes)
FileName: Lean Back (Clean Version).mp3 (5,955,584 bytes)
FileName: Lean on me.mp3 (3,833,069 bytes)
FileName: ludacris - What's Your Fantasy (Clean).mp3 (6,191,472 bytes)
FileName: Lynard Skynard - Sweet Home Alabama.mp3 (4,801,063 bytes)
FileName: Mariah Carey - It's Like That.mp3 (4,839,724 bytes)
FileName: Mario - Let Me Love You.mp3 (5,919,312 bytes)
FileName: Maroon 5 - Sunday Morning.mp3 (4,021,663 bytes)
FileName: Maroon 5 - Sunday Mornings.mp3 (4,022,272 bytes)
FileName: maroon5 - Sunday Morning.mp3 (4,021,663 bytes)
FileName: Marvin Gaye - Let's Get It On.mp3 (3,841,507 bytes)
FileName: MC Hammer - U Can't Touch This.mp3 (4,122,793 bytes)
FileName: missy elliott - work it.mp3 (6,325,736 bytes)
FileName: Nelly - country grammar.mp3 (4,146,991 bytes)
FileName: Obie Trice -- Got Some Teeth (clean).mp3 (5,498,521 bytes)
FileName: Omarion - O.mp3 (6,004,028 bytes)
FileName: P Diddy & Faith Evans- I'll Be Missing You(1).mp3 (4,964,161 bytes)
FileName: Prince - Musicology.mp3 (2,524,416 bytes)
FileName: R Kelly - I Believe I Can Fly.mp3 (5,153,566 bytes)
FileName: R. kelly - World's greatest.mp3 (3,792,586 bytes)
FileName: Saria - Ladies.mp3 (3,345,724 bytes)
FileName: Snoop Dogg f Justin Timberlake - Signs (clean mp3).mp3 (3,784,707 bytes)
FileName: The Game - Hate It Or Love It (Feat. 50 Cent).mp3 (3,338,326 bytes)
FileName: The Game - The Documentary - 04 - Hate It Or Love It ft. 50 Cent.mp3 (5,105,774 bytes)
FileName: The Game ft 50 cent-Hate it Or Love It.mp3 (5,105,852 bytes)
FileName: Tupac - Changes.mp3 (4,310,473 bytes)
FileName: Twista ft. Faith Evans - Hope.mp3 (6,051,840 bytes)
FileName: Usher - Caught Up.mp3 (5,394,284 bytes)
FileName: Usher feat. Lil Jon, Ludacris - Yeah.mp3 (3,679,421 bytes)
FileName: AlbumArtSmall.jpg (2,319 bytes)
FileName: AlbumArt_{5B443F9A-E917-4405-9FDF-3C894EB0C0A4}_Large.jpg (9,161 bytes)
FileName: Britney Spears - Do Something.mp3 (4,001,905 bytes)
FileName: Christina Aguliera feat. Missy Elliot - Car Wash.mp3 (6,242,728 bytes)
FileName: Ciara n missy- 12 step.mp3 (5,209,015 bytes)
FileName: Lynard Skynard - Sweet Home Alabama.mp3 (4,801,063 bytes)
FileName: Mariah Carey - It's Like That.mp3 (4,839,724 bytes)
FileName: MC Hammer - U Can't Touch This.mp3 (4,122,793 bytes)
FileName: Prince - Musicology.mp3 (2,524,416 bytes)
FileName: Terror Squad- Lean Back (clean).mp3 (6,011,083 bytes)
FileName: Twista ft. Faith Evans - Hope.mp3 (6,051,840 bytes)
FileName: AlbumArt_{B487964C-D233-4A87-83E4-69F8E2CB995B}_Large.jpg (19,460 bytes)
FileName: AlbumArt_{B487964C-D233-4A87-83E4-69F8E2CB995B}_Small.jpg (6,257 bytes)
FileName: AlbumArt_{D4BD64AC-5208-4B5F-ABC9-3637171CEE59}_Large.jpg (10,038 bytes)
FileName: AlbumArt_{D4BD64AC-5208-4B5F-ABC9-3637171CEE59}_Small.jpg (2,436 bytes)
FileName: Brooke Valentine (Feat. Big Boi, Lil Jon) - Girl Fight.mp3 (6,049,601 bytes)
FileName: Franky J & Baby Bash - Obsession.mp3 (3,757,513 bytes)
FileName: Lean Back (Clean Version).mp3 (5,955,584 bytes)
FileName: Petey Pablo-Freek a Leak (clean).mp3 (5,730,542 bytes)
FileName: Snoop Dogg f Justin Timberlake - Signs (clean mp3).mp3 (3,784,707 bytes)
FileName: Trick Daddy - Sugar (Gimme Some).wma (4,950,715 bytes)
FileName: Gavin DeGraw - I Don't Want To be.mp3 (5,340,098 bytes)
FileName: Counting Crows-Angels Of The Silences.mp3 (3,498,880 bytes)
FileName: Counting Crows-Meet Virginia.mp3 (4,784,142 bytes)
FileName: Counting Crows - Colorblind.mp3 (3,476,722 bytes)
FileName: Counting Crows - Catapult.mp3 (3,464,383 bytes)
FileName: Counting Crows - Children in Bloom.mp3 (5,225,412 bytes)
FileName: Big Yellow Taxi.mp3 (3,620,864 bytes)
FileName: Josh Groban - You Raised Me Up.mp3 (4,603,907 bytes)

Toedt,Susan-UserLog-73021023.txt

FileName: Josh Gorban - You raise me up.mp3 (4,646,908 bytes)
FileName: Napolean Dynomite - fricken 12 gauge.mp3 (297,255 bytes)
FileName: Napolean Dynomite - kip pull me into town.mp3 (66,960 bytes)
FileName: Napolean Dynomite - Nap Pulls Kip.mp3 (280,576 bytes)
FileName: Napolean Dynomite - Kip - ThingsGettingSer.mp3 (24,522 bytes)
FileName: Napolean Dynomite - Vote Pedro.mp3 (257,967 bytes)
FileName: Napolean Dynomite - I Want Candy.mp3 (2,621,440 bytes)
FileName: Napolean Dynomite - Track 34.mp3 (165,598 bytes)
FileName: Napolean Dynomite - Track 01.mp3 (102,068 bytes)
FileName: Napolean Dynomite - Track 18.mp3 (242,503 bytes)
FileName: Napoleon Dynamite - Just Dance .mp3 (5,275,446 bytes)
FileName: AC DC - Back In Black.mp3 (4,070,085 bytes)
FileName: ACDC - I Love Rock and Roll.mp3 (2,093,102 bytes)
FileName: ACDC - DC - TNT.mp3 (3,432,569 bytes)
FileName: ACDC - Problem Child.mp3 (6,496,256 bytes)
FileName: Will Smith - Miami.mp3 (3,161,989 bytes)
FileName: Will Smith - Just The Two Of Us.mp3 (5,042,060 bytes)
FileName: Fresh Prince In Bel Air.mp3 (2,830,674 bytes)
FileName: Will Smith- Will2K (Willenium).mp3 (3,780,259 bytes)
FileName: Gettin Jiggy With It.mp3 (3,688,705 bytes)
FileName: Destiny's Child - Bills, Bills, Bills.mp3 (4,094,874 bytes)
FileName: Destinys Child - Bootylicious.mp3 (4,987,093 bytes)