AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 180

CA 06 188 T

**WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,**

**v.**

**SUSAN TOEDT**

TO:
**SUSAN TOEDT**
**445 Annaquatucket Rd.**
**North Kingstown, RI 02852-6107**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil** **Phone (401) 667-7111**
**The Meadows, Suite A103** **Fax (401) 667-7112**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/21/06

(BY) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**SUSAN TOEDT**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 188T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE DISCLOSURE STATEMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **2nd day of May, 2006, at 4:04 PM**, at the address of **445 ANNAQUATUCKET Road , NORTH KINGSTOWN**, **Washington** County, **RI** ; this declarant served the above described documents upon **SUSAN TOEDT,** by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **SUSAN TOEDT, White, Female, 45yrs, 5'5", 145lbs, Brown Hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **3rd day of May, 2006**.

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen LLP (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3868505**