May 20, 2006 Claim # CA06188

James E. O'Neil;

I am writing in response to a claim for copyright infrigement by several record companies. I have read and understand the claim. I have never personally downloaded music from the internet. My daughter has listened to music while on the computer. We have never put the music into a shared account or ever offered it for distribution. We have no knowledge of this.

Our computer no longer has internet access due to a lightening storm in March of 2006, which destroyed the hard drive. We feel it is best for our family not to replace it.

We are a working class family working hard to make ends meet. We cannot afford a lawyer and would have to

represent ourselves.
We fully understand the many people involved in making music. We have hundreds of CD's we have purchased in the past and will continue to do so in the future.
We are contesting this claim.

Sincerely,
Sue Tredt