UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | Civil No. 1:06-cv-00188-T-LDA |
| Plaintiffs, | |
| v. | |
| SUSAN TOEDT, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiffs, WARNER BROS. RECORDS INC., *et al.*, respectfully inform the court that the parties have reached a settlement in principle in this case. Plaintiffs respectfully request an additional forty-five (45) days to finalize the settlement agreement. Plaintiffs will promptly file all appropriate papers with the Court.

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.