**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, Plaintiffs, v. Susan Toedt, Defendant. | Civil No. 1:06-cv-00188-T-LDA<br>Judge Mary M. Lisi |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs WARNER BROS., *et al.*, and Defendant Susan Toedt, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees. The parties request that the Clerk of Court now close this case.

/s/JamesE. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.

Susan Toedt

Susan Toedt
445 Annaquatucket Rd.
North Kingstown, RI 02852
Telephone: (401)294-4845

Pro Se Defendant